**92–1782.** Fultz v. State Farm Mut. Auto. Ins. Co. *Clermont County,* No. CA91–12–101. RESNICK, J., dissents.

**92–1789.** Smith v. Katzman. *Cuyahoga County,* No. 62847. WRIGHT, J., dissents.

**92–1794.** State v. Rice. *Fulton County,* No. 91–FU–18. WRIGHT and H. BROWN, JJ., dissent.

# REHEARING DOCKET

**91–1470.** State ex rel. Double v. Indus. Comm. *Franklin County,* No. 90AP–1241. Reported at 65 Ohio St.3d 13, 599 N.E.2d 259. On motion for rehearing. Rehearing denied.
On request for oral argument. Request denied.

**92–527.** State v. Moreland. *Franklin County,* No. 91AP–742. Reported at 65 Ohio St.3d 1406, 598 N.E.2d 1160. On motion for rehearing. Rehearing denied.

**92–748.** Ramos v. Kuzas. *Cuyahoga County,* Nos. 60495 and 60932. Reported at 65 Ohio St.3d 42, 600 N.E.2d 241. On motion for rehearing. Rehearing denied.

**92–1267.** Botker v. West Geauga Local School Dist. Bd. of Edn. *Geauga County,* No. 91–G–1641. Reported at 65 Ohio St.3d 1421, 598 N.E.2d 1171. On motion for rehearing. Rehearing denied.
DOUGLAS, J., dissents.

**92–1268.** Rickel v. Cloverleaf Local School Dist. Bd. of Edn. *Medina County,* No. 2045. Reported at 65 Ohio St.3d 1421, 598 N.E.2d 1171. On motion for rehearing. Rehearing denied.
DOUGLAS, J., dissents.

**92–1334.** State ex rel. Gutierrez v. Trumbull Cty. Bd. of Elections. *Trumbull County,* No. 92–T–4698. Reported at 65 Ohio St.3d 1404, 598 N.E.2d 1158. On motion for rehearing. Rehearing denied.

**92–1346.** State ex rel. Crenshaw v. Morris. In Mandamus. Reported at 65 Ohio St.3d 1406, 598 N.E.2d 1160. On motion for rehearing. Rehearing denied.

**92–1574.** State v. Rankin. *Hamilton County,* No. C–900843. Reported at 65 Ohio St.3d 1419, 598 N.E.2d 1170. On motion for rehearing. Rehearing denied.
H. BROWN, J., dissents.

# DISCIPLINARY DOCKET

**91–1741.** Disciplinary Counsel v. Slavens. On response to show cause order and request for extension. Request granted.

**92–460.** Disciplinary Counsel v. Callery. On answer to order to show cause. A three-month extension is granted.
HOLMES, J., not participating.